**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6265**

PAUL LEIGH BURT,

    Plaintiff - Appellant,

        v.

EDDIE PEARSON, Lead Warden; HAROLD CLARKE, Director, Department of Corrections; DAWEN BU, M.D., Neuro Care of Virginia,

    Defendants - Appellees.

**No. 18-6577**

PAUL LEIGH BURT,

    Plaintiff - Appellant,

        v.

EDDIE PEARSON, Lead Warden; HAROLD CLARKE, Director, Department of Corrections; DAWEN BU, M.D., Neuro Care of Virginia,

    Defendants - Appellees.

**No. 18-6599**

PAUL LEIGH BURT,

Plaintiff - Appellant,

v.

EDDIE PEARSON, Lead Warden; HAROLD CLARKE, Director, Department of Corrections; DAWEN BU, M.D., Neuro Care of Virginia,

Defendants - Appellees.

———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:18-cv-00092-TSE-MSN)

———————————

Submitted:  July 19, 2018                    Decided:  July 23, 2018

———————————

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Paul Leigh Burt, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Paul Leigh Burt appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying without prejudice his postjudgment motions for summary judgment and for responses to interrogatories. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burt v. Pearson*, No. 1:18-cv-00092-TSE-MSN (E.D. Va. filed Mar. 1, 2018 & entered Mar. 6, 2018; filed May 3, 2018 & entered May 4, 2018; filed May 16, 2018 & entered May 17, 2018). Burt's motions for appointment of counsel are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*